AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>**GLADYS LORENA MARTIN-CHILEL**<br>Citizen of GUATEMALA<br>YOB: 1999<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)     M-18-0771-M<br>)<br>)<br>) |

United States District Court
Southern District of Texas
FILED
APR 12 2018
Clerk of Court

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 11, 2018__ in the county of __Starr__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C. 111(a)(1) | whoever forcibly assaults, resists, opposes, impedes, intimidates, or interferes with any person designated in section 1114 of Title 18 while engaged in or on account of the performance of official duties and where those acts involve physical contact. |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

*approved by*
*[signature]*

Sworn to before me and signed in my presence.

Date: 4/12/18

City and state: McAllen, Texas

*[signature]*
Complainant's signature

Ryan J. Hammer, Special Agent, FBI
*Printed name and title*

*[signature]*
Judge's signature

Scott Hacker, United States Magistrate Judge
*Printed name and title*

## Attachment "A"

## Affidavit

I, Ryan J. Hammer, being first duly sworn, state as follows:

1. I, Ryan J. Hammer, am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) in McAllen, Texas, and have been so employed since June, 2016. I am currently assigned to the Rio Grande Valley Safe Streets Task Force in McAllen, Texas.

2. The information contained in this affidavit is based on my personal knowledge and on information provided to me by other agents of the FBI, law enforcement officers, and other sources of information. This affidavit serves to provide the probable cause in support of a complaint against Gladys Lorena Martin-Chilel for violating Title 18, U.S.C., Section 111 (a)(1), Assaulting a Federal Officer.

3. On April 11, 2018 at approximately 9:00 pm, in accordance with his official duties as a Border Patrol Agent (BPA), BPA D.J. was patrolling in Roma, Texas, when he was alerted to three subjects in the brush in the vicinity of Roma, TX. As BPA D.J. made his way to their location, the three subjects departed the brush and fled towards the berm near Portsheller Road.

4. As the subjects were running, one of the individuals tripped and fell to the ground. This individual was later identified as Gladys Lorena Martin-Chilel (hereinafter referred to as "MARTIN-CHILEL"). BPA D.J. attempted to take MARTIN-CHILEL into custody but she resisted his efforts to restrain her, and in so doing, caused BPA D.J. to drop his handcuffs in the brush. BPA D.J. was unable to recover his handcuffs safely so he secured her by the right arm and grabbed her shirt behind her neck in order to maintain control and began walking her towards the group of individuals that Border Patrol had apprehended.

5. MARTIN-CHILE continued to resist against BPA D.J. as they were walking and at one point bit into BPA D.J.'s left forearm. BPA D.J. maintained control of MARTIN-CHILE and turned her over to the remaining agents on scene. As a result of the bite, BPA D.J. sustained superficial marks on his forearm from the scraping of the outer layer of skin.

6. Following the arrest, BPA D.J. was taken to Mission Regional Hospital as a precaution. The wound was cleaned and he was provided a prescription for an antibiotic. He was subsequently released from the hospital.

7. BPA D.J. is a Border Patrol Agent, an officer and employee of the United States, namely a person designated in section 1114 of Title 18.

8. Subsequent to the apprehension of MARTIN-CHILEL, it was determined that MARTIN-CHILEL was a citizen of GUATEMALA, and was illegally present in the United States.

Ryan J. Hammer
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me this 12th day of April, 2018.

Scott J. Hacker
United States Magistrate Judge